IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA BAILEY, | No. 2:15-CV-0153-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

     Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Good cause appearing therefor, the order to show cause issued on January 20, 2016, is hereby discharged.

     IT IS SO ORDERED.

DATED: February 12, 2016

                                                  */s/ Craig M. Kellison*
                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE